UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 2:04:CR:28

v.

                                            HON. GORDON J. QUIST

JAMES EDWARD KLUPS,

        Defendant.

_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 5, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant James Edward Klups' plea of guilty to Count One of the Superseding Indictment is accepted. Defendant James Edward Klups is adjudicated guilty.

3. Defendant James Edward Klups shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  December 20, 2005                                                  /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE